O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01304 VAP (OPx)                              Date:  August 4, 2009

Title:       BHARATI PATEL -v- RYLAND MORTGAGE, et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                     None Present
    Courtroom Deputy                                               Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

    None                                                                 None

PROCEEDINGS:       MINUTE ORDER GRANTING MOTION TO DISMISS
                                 WITHOUT PREJUDICE (IN CHAMBERS)

      The Court has received and considered all papers filed in support of Defendant's' "Motion to Dismiss" ("Motion").  Defendant's Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.  The hearing set for the matter on August 17, 2009 at 10:00 a.m. is VACATED.

      Defendant filed the Motion on July 21, 2009 to be heard on August 17, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Bharati Patel, represented by counsel, filed no timely opposition.

EDCV 09-01304 VAP (OPx)
BHARATI PATEL v. RYLAND MORTGAGE, et al.
MINUTE ORDER of August 4, 2009

      Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Accordingly, Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**