O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARATI PATEL, | Case No. EDCV 09-01304 VAP (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RYLAND MORTGAGE; COUNTRYWIDE HOME LOANS; DOES 1-50, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 4, 2009

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge